JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| SANTOS SERRANO,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. ED CV 26-3341-FMO (AS)<br><br>**JUDGMENT** |

Pursuant to the concurrently filed Order Granting Petition,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: July 31, 2026

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE